UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT ALLEN BACON,

    Plaintiff,

v.

CDCR SAN QUENTIN PSYCH STAFF, et al.,

    Defendants.

Case No. 19-cv-01612-PJH

**ORDER OF DISMISSAL**

Re: Dkt. No. 15

Plaintiff, a state prisoner, proceeds with a pro se civil rights complaint under 42 U.S.C. § 1983. The complaint was dismissed with leave to amend after the court found that plaintiff had failed to state a claim. Plaintiff was granted an extension to file an amended complaint and has now filed a motion to voluntarily dismiss the case. Plaintiff's motion (Docket No. 15) is **GRANTED** and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure this case is **DISMISSED**. The clerk shall close this action.

    **IT IS SO ORDERED.**

Dated: June 25, 2019

PHYLLIS J. HAMILTON
United States District Judge